THE LAW OFFICES OF
ANDREW J. FRISCH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2013

40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038

June 17, 2013

(212) 285-8000
FAX: (646) 304-0352

WWW.ANDREWFRISCH.COM

By Facsimile

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The defendant's application for permission to travel to Las Vegas is granted. In light of the defendant's representations, he may not gamble while in Las Vegas unless the Court orders otherwise.
>
> SO ORDERED.
>
> June 17, 2013

Re: United States v. Alexander Katchaloff
Criminal Docket No. 13-268 (JMF)

Dear Judge Furman:

      On behalf of defendant Alexander Katchaloff in the above-referenced case, I submit this letter as an application to modify the terms of Mr. Katchaloff's bond to permit him to travel to Las Vegas for a seven- to ten-day period in late June to mid July. Mr Katchaloff will advise Pretrial Services of the precise dates of his travel once he confirms his travel arrangements if this application is granted. The government has advised me that it has no objection to this application.

      Mr. Katchaloff's son is a professional poker player who mostly lives and travels internationally and will be in Las Vegas to play in the World Series of Poker. The reason for Mr. Katchaloff's trip will be to visit and spend time with his son with whom he would not otherwise have an opportunity to see. The government has advised me that its position on this application is predicated on Mr. Katchaloff's compliance with certain restrictions on his gambling while in Las Vegas, but Mr. Katchaloff does not seek to visit Las Vegas for the purpose of gambling and has no intention to do so. Nonetheless, I have advised Mr. Katchaloff of the government's restrictions (he may only gamble during the World Series of Poker at casinos, he must daily report any winnings to Pretrial Services, cash his chips every day, allow no one else to use his casino accounts, and not use any safe deposit box).

      For these reasons, Mr. Katchaloff respectfully requests that he be permitted to travel to Las Vegas to a seven- to ten-day period in late June to mid July.

Respectfully submitted,

Andrew J. Frisch

cc: AUSA Harris Fischman
    AUSA Joshua Naftalis